**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7099**

CHARLES W. REED, III, a/k/a Dwight Devane Byrd, a/k/a
Dwight Byrd,

                    Plaintiff – Appellant,

          v.

LEHRMAN DOTSON, Warden; DWIGHT JOHNSON, Security Chief;
TYRONE CRODER, Major; PHLONDA PEAY, Captain; TIMOTHY
WOODRUM, Lieutenant; THEODORE DONNELL, Sergeant; ALFORD
DAILEY, R.N.; JERRY TOMLIN, Officer; THEODORE DONNELL,
Sergeant,

                    Defendants – Appellees,

          and

WARDEN MCAC; OFFICER TOMLIN,

                    Defendants.


Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:05-cv-01216-CCB)


Submitted:  January 18, 2011        Decided:  January 26, 2011


Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.


Affirmed by unpublished per curiam opinion.

Charles W. Reed, III, Appellant Pro Se. Nichole Cherie Gatewood, Phillip M. Pickus, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles W. Reed, III, appeals the district court's order denying his motion to enforce a settlement agreement, in which he alleged that the Defendants breached the settlement agreement. We have reviewed the record and find no reversible error. Accordingly, we deny Reed's motion for appointment of counsel and affirm for the reasons stated by the district court. Reed v. Dotson, No. 1:05-cv-01216-CCB (D. Md. July 21, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3